**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| BETH CRENSHAW, ET AL, | ) | |
| *Plaintiffs*, | ) | |
| v. | ) | Civil Action No. 4:23-40078-MRG |
| PHILIPS NORTH AMERICA, | ) | |
| *Defendant.* | ) | |

**ORDER OF DISMISSAL**

**GUZMAN, D.J.**

In accordance with the Court's Order [Docket No. 36], granting Defendant's Motion to Dismiss and Memorandum and Order [Docket No. 37], it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

August 14, 2026
Date

/s/Suzanne Frisch
Deputy Clerk